UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**POLK MECHANICAL COMPANY, LLC,**

   Plaintiff,

v.                                    No. 4:24-cv-00049-P

**UNITED STATES OF AMERICA,**

   Defendant.

## ORDER

Before the Court is the Parties' Joint Motion to Stay Proceedings. ECF No. 17. The Motion states that the Plaintiff has submitted a settlement proposal to the United States that would resolve "all outstanding matters." *Id.* at 2. Given the extensive review process required by the Department of Justice, the Parties' ask the Court to stay all proceedings and deadlines contained in the Court's previous Scheduling Order. ECF No. 14. Having considered the Motion and applicable law, the Court hereby **GRANTS** the Motion.

Therefore, the Court **ORDERS** that all deadlines found in the Court's Scheduling Order be **STAYED**. The Court further directs the Clerk of Court to **ADMINISTRATIVELY CLOSE** this case until further notice by the Court.

The Court further **ORDERS** that the Parties prepare and file a joint report of the ongoing settlement status **on or before January 10, 2025.**

**SO ORDERED** on this **11th day of October 2024.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE