UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**POLK MECHANICAL CO., LLC,**

  Plaintiff,

v.                                                                  No. 4:24-cv-00049-P

**UNITED STATES OF AMERICA,**

  Defendant.

## ORDER

On October 11, 2024, the Court stayed proceedings in this case while the United States considered a settlement offer from Plaintiff. ECF No. 18. On December 9, 2024, the Plaintiff provided the United States a more detailed settlement offer. *See* ECF No. 21. Then, on March 3, 2025, Plaintiff was notified that its revised settlement offer was accepted by the United States Attorney General. *Id.*

Insofar as the Parties reached a meeting of the minds regarding settlement, formal dismissal papers are a procedural technicality, not a rigid requirement. If the Parties have subsequent disputes regarding enforcement of the settlement agreement, such disputes are sound in contract and are unrelated to the instant case.

Accordingly, acting upon the Parties' representations that this case has been settled, the Court **ORDERS** that this action is **DISMISSED with prejudice** and **INCORPORATES BY REFERENCE** Plaintiff's December 9, 2024 settlement offer and the United States' March 3, 2025 acceptance of Plaintiff's settlement offer.

**SO ORDERED** on this **13th day of March 2025.**

_Mark T. Pittman_
Mark T. Pittman
UNITED STATES DISTRICT JUDGE